The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| LINDA SHORT and OLIVIA PARKER, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br>vs.<br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br>       Defendants. | No. 2:19-cv-318<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE AND EXTEND DEADLINES TO RESPOND TO THE COMPLAINT |

For the reasons set forth in the Stipulated Motion to Consolidate and Extend Deadlines ("Stipulated Motion") submitted by Defendants Hyundai Motor America ("HMA"), Kia Motors America ("KMA"), Hyundai Motor Company "(HMC"), and Kia Motors Corporation ("KMC") (collectively "Defendants") and Plaintiffs Linda Short and Olivia Parker, individually and on behalf of all those similarly situated ("Plaintiffs"), the Stipulated Motion is GRANTED and the Court ORDERS as follows:

1. The deadline for all Defendants to respond to the Complaint is June 3, 2019;

2. Defendants HMC and KMC have waived service of the Complaint in exchange for the following modifications to certain discovery obligations under the Federal Rules of Civil Procedure: (1) an additional 30 days to respond to any written discovery served

PROPOSED] ORDER GRANTING STIPULATED MOTION TO
CONSOLIDATE AND EXTEND DEADLINES
(2:19-cv-318) - 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

on HMC or KMC by the Plaintiffs; and (2) for all depositions of HMC or KMC employees who reside in South Korea to be conducted in Seoul, South Korea or via videoconference.

Dated this 5th day of April, 2019.

Hon. James L. Robart
United States District Judge

PRESENTED BY:

| KELLER ROHRBACK LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| /s/ Ryan McDevitt | /s/ Alicia Cobb |
| Lynn Lincoln Sarko #16569<br>Gretchen Freeman Cappio #29576<br>Ryan McDevitt #43305<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Phone (206) 623-1900<br>Fax (206) 623-3384<br>lsarko@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com | Alicia Cobb, #48685<br>600 University Street, Suite 2800<br>Seattle, Washington 98101-4123<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Shon Morgan<br>865 S Figueroa St<br>Los Angeles, CA 90017<br>Phone (213) 443-3252<br>Fax (213) 443-3100<br>shonmorgan@quinnemanuel.com<br>(*Pro Hac Vice Forthcoming*) |
| *Attorneys* for Plaintiffs | *Attorneys* for Defendants |

PROPOSED] ORDER GRANTING STIPULATED MOTION TO
CONSOLIDATE AND EXTEND DEADLINES TO RESPOND
(2:19-cv-318) - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000