The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINDA SHORT and OLIVIA PARKER, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>vs.<br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br>Defendants. | No. 2:19-cv-318<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES |

For the reasons set forth in the Stipulated Motion to Extend Deadlines ("Stipulated Motion") submitted by Defendants Hyundai Motor America ("HMA"), Kia Motors America ("KMA"), Hyundai Motor Company "(HMC"), and Kia Motors Corporation ("KMC") (collectively "Defendants") and Plaintiffs Linda Short and Olivia Parker, individually and on behalf of all those similarly situated ("Plaintiffs"), the Stipulated Motion is GRANTED and the Court ORDERS the following deadlines:

Deadline for FRCP 26(f) Conference: 6/21/2019

Initial Disclosures Pursuant to FRCP 26(a)(1): 7/3/2019

Combined Joint Status Report and Discovery Plan: 7/12/2019

Deadline to complete discovery on class certification: 9/30/2019

PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:19-cv-318) - 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

Deadline for Plaintiffs to file motion for class certification: 10/29/2019

Dated this 16th day of April, 2019.

_____
Hon. James L. Robart
United States District Judge

PRESENTED BY:

| KELLER ROHRBACK LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| /s/ Ryan McDevitt<br>Lynn Lincoln Sarko #16569<br>Gretchen Freeman Cappio #29576<br>Ryan McDevitt #43305<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Phone (206) 623-1900<br>Fax (206) 623-3384<br>lsarko@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com<br><br>*Attorneys* for Plaintiffs | /s/ Alicia Cobb<br>Alicia Cobb, #48685<br>600 University Street, Suite 2800<br>Seattle, Washington 98101-4123<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Shon Morgan<br>865 S Figueroa St<br>Los Angeles, CA 90017<br>Phone (213) 443-3252<br>Fax (213) 443-3100<br>shonmorgan@quinnemanuel.com<br>(*Pro Hac Vice Forthcoming*)<br><br>*Attorneys* for Defendants |

PROPOSED] ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES TO RESPOND
(2:19-cv-318) - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000