The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| LINDA SHORT, OLIVIA PARKER, ELIZABETH SNIDER, and JAMES TWIGGER, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>vs.<br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br>    Defendants. | No. 2:19-cv-318<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT |

For the reasons set forth in the Stipulated Motion to Extend Deadline To Respond To the Complaint ("Stipulated Motion") submitted by Defendants Hyundai Motor America ("HMA"), Kia Motors America ("KMA"), Hyundai Motor Company ("HMC"), and Kia Motors Corporation ("KMC") (collectively "Defendants") and Plaintiffs Linda Short, Olivia Parker, Elizabeth Snider, and James Twigger, individually and on behalf of all those similarly situated ("Plaintiffs"), the Stipulated Motion is GRANTED and the Court ORDERS the following deadlines:[1]

---

[1] These deadlines are only operative to the extent the Court denies Defendants' Motion for Relief. If the Court grants Defendants' Motion for Relief, all deadlines will be stayed.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:19-cv-318) - 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

- Defendants' response to the consolidated complaint to July 5, 2019. Defendants will note any motion to dismiss the complaint for August 9, 2019.
- Plaintiffs' response brief will be due on August 2, 2019.
- Defendants' reply brief will be due on August 9, 2019.

Dated this 25th day of June, 2019.

_____
Hon. James L. Robart
United States District Judge

PRESENTED BY:

| KELLER ROHRBACK LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| /s/ Ryan McDevitt<br>Lynn Lincoln Sarko #16569<br>Gretchen Freeman Cappio #29576<br>Ryan McDevitt #43305<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Phone (206) 623-1900<br>Fax (206) 623-3384<br>lsarko@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com<br><br>Benjamin L. Bailey, *pro hac vice forthcoming*<br>Jonathan D. Boggs, *pro hac vice forthcoming*<br>BAILEY GLASSER LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Phone (304) 345-6555<br>Fax (304) 342-1110<br>bbailey@baileyglasser.com<br>jboggs@baileyglasser.com<br><br>*Attorneys* for Plaintiffs | /s/ Alicia Cobb<br>Alicia Cobb, #48685<br>600 University Street, Suite 2800<br>Seattle, Washington 98101-4123<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Shon Morgan<br>865 S Figueroa St<br>Los Angeles, CA 90017<br>Phone (213) 443-3252<br>Fax (213) 443-3100<br>shonmorgan@quinnemanuel.com<br>(*Pro Hac Vice Forthcoming*)<br><br>*Attorneys* for Defendants |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES TO RESPOND
(2:19-cv-318) - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000