The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA SHORT, OLIVIA PARKER, ELIZABETH SNIDER, and JAMES TWIGGER on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>vs.<br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br>Defendants. | No. 2:19-cv-00318-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO SET/RESET CERTAIN CASE DEADLINES |

The Court has reviewed and considered the stipulated motion submitted by the parties in the above-captioned action. For the reasons set forth in the parties' stipulation, the Court hereby **GRANTS** the stipulated motion as follows:

- All currently scheduled case deadlines are vacated;

- Plaintiffs shall amend their complaint in response to Defendants' motion to dismiss on or before August 29, 2019;

- Defendants' response to the amended complaint shall be due on or before September 19, 2019, and Defendants will note any motion to dismiss the amended complaint for November 1, 2019;

- Plaintiffs' response brief shall be due on or before October 18, 2019;

PROPOSED ORDER RE:
STIPULATED MOTION
1

KELLER ROHRBACK L.L.P.
BAILEY & GLASSER LLP
QUINN EMANUEL URQUHART & SULLIVAN, LLP

- Defendants' reply brief shall be due on or before November 1, 2019;

- The parties shall exchange Initial Disclosures on or before November 8, 2019;

- The parties shall hold a Rule 26(f) Conference on or before November 8, 2019; and

- The parties shall file a Joint Status Report setting forth the discovery plan and further case schedule on or before November 22, 2019.

DATED 9th day of August, 2019

_____
Hon. James L. Robart
United States District Judge