UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA SHORT, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>HYUNDAI MOTOR COMPANY, et al.,<br><br>      Defendants. | CASE NO. C19-0318JLR<br><br>ORDER TO FILE RELATED CASE DOCKETS AND ORDERS |

The parties have notified the court of several actions related to this case. (*See* 1st Not. (Dkt. # 19) at 1; 2d Not. (Dkt. # 55) at 1; JSR (Dkt. # 56) at 3.) The related actions include:

- *In re Hyundai and Kia Engine Litigation*, No. 8:17-cv-00838 (C.D. Cal.);

- *Chieco et al. v. Hyundai Motor America, Inc. et al.* No. 8:19-cv-00854-JLS-JDE (C.D. Cal.);

- *Flaherty et al. v. Hyundai Motor America, Inc. et al.*, No. 8:18-cv-02223-JLS-JDE (C.D. Cal.);

ORDER - 1

- *Musgrave et al. v. Hyundai Motor America, Inc. et al.*, No. 8:19-cv-01538-JLS-JDE (C.D. Cal.);

- *Elliston et al. v. Hyundai Motor America, Inc. et al.*, No. 8:19-cv-01069-JLS-JDE (C.D. Cal,.);

- *Rexroad et al. v. Hyundai Motor America, Inc. et al.*, No. 3:19-cv-01461 (N.D. Cal.);

- *Adams et al. v. Hyundai Motor America, Inc. et al.*, No. 6:19-cv-00250-CEM-KRS (M.D. Fl.);

- *Lusby et al v. Hyundai Motor America, Inc. et al.*, No. 8:19-cv-01735-VMC-TGW (M.D. Fl.); and

- *In re Hyundai and Kia Engine Litigation*, No. 8:17-cv-00838 (C.D. Cal.).

For each of the above actions, the court ORDERS the parties to file jointly:

1) A copy of the docket, current through the date of this order; and

2) Copies of all court orders filed on or before the date of this order.

The court further orders the parties to file jointly:

1) Notice of any related cases for which the parties have not notified the court as of the date of this order; and

2) For any additional related cases, a copy of the docket and copies of all court orders, current through the date of this order.

The parties shall file the above items no later than February 7, 2020.

Dated this 24th day of January, 2020.

JAMES L. ROBART
United States District Judge