The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINDA SHORT, OLIVIA PARKER, ELIZABETH SNIDER, JENNIFER DIPARDO, ANTHONY DIPARDO, SEANE RONFELDT, and JAMES TWIGGER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br><br>Defendants. | No. 2:19-cv-00318-JLR<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT** |

The Court has reviewed and considered the stipulated motion submitted by the parties in the above-captioned action (Dkt. # 70). For the reasons set forth in the parties' stipulation, the Court hereby GRANTS the stipulated motion. The deadline for Plaintiffs to file their second amended consolidated complaint is May 4, 2020.

Defendants' deadline to answer the second amended consolidated complaint is extended to June 1, 2020. Plaintiffs' deadline to respond to a motion to dismiss the second amended complaint, if any, is June 29, 2020. A reply, if any, is due July 17, 2020.

DATED this 8th day of May, 2020

_____
Hon. James L. Robart
United States District Judge

1