UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA SHORT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, INC., et al., <br><br> Defendants. | CASE NO. C19-0318JLR <br><br> ORDER SETTING CLASS CERTIFICATION BRIEFING SCHEDULE |

Before the court is the parties' joint submission regarding a class certification briefing schedule. (JSR (Dkt. # 86).) Having considered the submission, the court ADOPTS the parties' proposed class certification briefing schedule with one alteration and ORDERS that briefing on class certification shall proceed as follows:

| Date | Event |
|---|---|
| November 9, 2020 | Answer to complaint |
| April 22, 2021 | Disclosure of Plaintiffs' class certification expert reports |
| June 17, 2021 | Disclosure of Defendants' class certification expert reports |

ORDER - 1

| | |
|---|---|
| July 29, 2021 | Close of discovery on class certification |
| August 30, 2021[1] | Class certification motion |
| October 7, 2021 | Response to class certification motion |
| November 4, 2021 | Reply to response to class certification motion |

(*See* JSR at 2.)

The court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiff(s) shall inform the court immediately should Plaintiff(s) at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the court, not by agreement of the parties. The court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause. As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah at (206) 370-8520. *See* Fed. R. Civ. P. 16(b)(3)(B)(v).

Dated this 4th day of November, 2020.

JAMES L. ROBART
United States District Judge

---

[1] The parties proposed Sunday, August 29, 2021, as the deadline to file the motion for class certification. (JSR at 2.) The court sets the deadline for this motion to filed on Monday, August 30, 2021. *See* LCR 6(a).

ORDER - 2