The Honorable James L. Robart

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LINDA SHORT, OLIVIA PARKER, ELIZABETH SNIDER, JENNIFER DIPARDO, ANTHONY DIPARDO, SEANE RONFELDT, JAMES TWIGGER, GABRIELLE ALEXANDER, TAVISH CARDUFF, BRIAN FRAZIER, CHAD PERRY, WILLIAM PRESSLEY, JEANETT SMITH, AND JANELL WIGHT, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>vs.<br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br>Defendants. | No. 2:19-cv-00318-JLR<br><br>**STIPULATED MOTION REGARDING DEPOSITIONS OF EXPERT WITNESSES AND CLASS CERTIFICATION BRIEFING SCHEDULE** |

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000

Pursuant to Local Rule 10(g), the parties submit this stipulated motion to alter certain class certification deadlines set by the Court on November 4, 2020. (Dkt. 87.) The parties stipulate that they may conduct expert depositions after the close of class certification discovery on July 29, 2021. (*See* Dkt. 87 at 2.) Notices of these expert depositions may be served after July 29, 2021 as well.

In accordance with this change, the parties propose the following alterations to the class certification briefing schedule:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Class certification motion | August 30, 2021 | October 1, 2021 |
| Response to class certification motion | October 7, 2021 | November 12, 2021 |
| Reply to response to class certification motion | November 4, 2021 | December 10, 2021 |

There is good cause to alter these deadlines because the parties are engaged in informal discussions regarding potential resolution of this action. In order to facilitate these discussions, the parties agree that expert depositions may be noticed and taken after July 29, 2021, and the class certification briefing schedule should be extended to the dates proposed above, such that the Parties will have sufficient time after expert depositions to adequately prepare for class certification motion briefing.

DATED this 22nd day of July 2021.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000

KELLER ROHRBACK L.L.P.

By *s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko #16569
Gretchen Freeman Cappio #29576
Ryan McDevitt #43305
Maxwell Goins #54130
Adele A. Daniel #53315
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
mgoins@kellerrohrback.com
adaniel@kellerrohrback.com

Benjamin L. Bailey, *pro hac vice*
Jonathan D. Boggs, *pro hac vice*
BAILEY GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Tel.: (304) 345-6555
Fax: (304) 342-1110
bbailey@baileyglasser.com
jboggs@baileyglasser.com

W. Daniel "Dee" Miles, III (*pro hac vice forthcoming*)
H. Clay Barnett, III, *pro hac vice*
J. Mitch Williams, *pro hac vice*
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36104
Tel.: (334) 269-2343
Dee.Miles@Beasleyallen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@Beasleyallen.com

*Attorneys for Plaintiffs*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *s/ Alicia Cobb*
Alicia Cobb, #48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Shon Morgan (*pro hac vice*)
865 S. Figueroa St
Los Angeles, CA 90017
Phone (213) 443-3252
Fax (213) 443-3100
shonmorgan@quinnemanuel.com

Kari Wohlschlegel (*pro hac vice*)
Christine W. Chen (*pro hac vice*)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
kariwohlschlegel@quinnemanuel.com
christinechen@quinnemanuel.com

Cristina A. Henriquez (*pro hac vice*)
555 Twin Dolphine Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
cristinahenriquez@quinnemanuel.com

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED this 26th day of July, 2021.

JAMES L. ROBART
United States District Judge

STIPULATED MOTION REGARDING DEPOSITIONS OF EXPERT WITNESSES AND CLASS CERTIFICATION BRIEFING SCHEDULE (2:19-cv-00318) -2-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000