1

## [PROPOSED] ORDER

2

3       Based upon the stipulation of the parties, IT IS HEREBY ORDERED that (1) Kia

4   Corporation will be substituted as defendant for Kia Motors Corporation, (2) Kia America, Inc.

5   will be substituted as a defendant for Kia Motors America, Inc., and (3) the case caption will be

6   updated to reflect these changes.

7       IT IS SO ORDERED.

8       Dated:  8 August 2021

9

10                                                      JAMES L. ROBART
                                                        United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. MOT. AND ORDER TO SUBSTITUTE PARTY                QUINN EMANUEL URQUHART & SULLIVAN LLP
DEFS. AND CHANGE CASE CAPTION                                        1109 FIRST AVENUE, SUITE 210
2:19-cv-318- 3                                                          SEATTLE, WA 98101
                                                                         (206) 905-7000